1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA
9                               SAN JOSE DIVISION

10   MARTA PERIERA,                    )        Case No.: C 10-0648 PVT
                                       )
11                 Plaintiff,          )        **ORDER TO SHOW CAUSE WHY**
                                       )        **CASE SHOULD NOT BE DISMISSED**
12         v.                          )        **FOR FAILURE TO PROSECUTE; AND**
                                       )
13   JPMORGAN CHASE BANK,              )        **ORDER CONTINUING HEARING**
                                       )
14                 Defendant.          )
     _____ )
15

16         On February 23, 2010, Defendant noticed a motion to dismiss on this court's calendar for

17   April 6, 2010.[1]  Pursuant to Civil Local Rule 7-3, Plaintiff was required to file either an opposition or

18   else a statement of non-opposition no later than March 16, 2010.  Plaintiff has failed to file any

19   opposition or a statement of non-opposition.  Based on the file herein,

20         IT IS HEREBY ORDERED that no later April 13, 2010, Plaintiff shall file either a brief and

21   supporting declaration showing cause why the motion to dismiss should not be granted or else a

22   statement of non-opposition.

23         IT IS FURTHER ORDERED that the hearing on Defendant's motion is CONTINUED to

24   May 11, 2010.

25   Dated: *April 1, 2010*

26                                              PATRICIA V. TRUMBULL
                                                United States Magistrate Judge
27

28   _____
           [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                                        ORDER, *page 1*