UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTA PERIERA,<br><br>      Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK,<br><br>      Defendant. | Case No.: C 10-0648 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On February 23, 2010, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 73-1(a)(2), no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[1] Plaintiff has not yet done so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that, no later than April 27, 2010, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).

Dated: *4/19/10*

                                        PATRICIA V. TRUMBULL
                                      United States Magistrate Judge

---

[1] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*